STONE *v.* FORD MOTOR CO.

WORKMEN'S COMPENSATION—LAPSE OF TIME BEFORE FILING CLAIM. Claim for compensation *held*, barred for lapse of time where accident occurred March 25, 1923, employee was taken to hospital in February, 1924, defendant soon thereafter filed report of noncompensable accident, and employee filed application for adjustment of compensation with department of labor and industry on March 5, 1934.

Appeal from Department of Labor and Industry. Submitted April 2, 1935. (Docket No. 21, Calendar No. 38,126.) Decided June 3, 1935. Rehearing denied October 30, 1935.

Liston Stone presented his claim against Ford Motor Company, a Delaware corporation, for an accidental injury alleged to have been sustained while in defendant's employ. Award to plaintiff. Defendant appeals. Reversed.

*Gloster, Giller & Briggs,* for plaintiff.

*E. C. Starkey* and *F. A. Nolan,* for defendant.

NELSON SHARPE, J. The plaintiff herein claims compensation for an accidental injury sustained by him while in the employ of the defendant on March 25, 1923. He was taken to a hospital in February, 1924, and defendant soon after filed a report of noncompensable accident. Plaintiff's application for adjustment thereof was filed with the department of labor and industry on March 5, 1934, an award

made by a deputy commissioner on May 18, 1934, and affirmed by the department on August 29th of that year.

Plaintiff's claim for compensation was barred by the lapse of time. See *Hajduk* v. *Revere Copper & Brass, Inc.,* 268 Mich. 220.

The award is vacated.

POTTER, C. J., and NORTH, FEAD, WIEST, BUTZEL, BUSHNELL, and EDWARD M. SHARPE, JJ., concurred.